FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 12 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

18 CV 2680 (LDH)(JO)

| | |
|---|---|
| TRUSTEES OF THE ELEVATOR CONSTRUCTORS UNION LOCAL NO. 1 ANNUITY AND 401(k) FUND; TRUSTEES OF THE ELEVATOR CONSTRUCTORS UNION LOCAL NO. 1 EDUCATION AND APPRENTICE TRAINING FUND, TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND, TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION FUND, TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY EDUCATIONAL FUND, AND TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY WORK PRESERVATION FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>BROOKLYN ELEVATOR CORPORATION d/b/a BROOKLYN ELEVATOR, INC.,<br><br>Defendant. | **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiffs Trustees of the Elevator Constructors Union Local No. 1 Annuity and 401(k) Fund, Trustees of the Elevator Constructors Union Local No. 1 Education and Apprentice Training Fund, Trustees of the National Elevator Industry Health Benefit Fund, Trustees of the National Elevator Industry Pension Fund, Trustees of the National Elevator Industry Educational Fund, and Trustees of the National Elevator Industry Work Preservation Fund; and Defendant Brooklyn Elevator Corporation d/b/a Brooklyn Elevator, Inc., that the above entitled action, including any and all claims therein (the "Action"), be, and the same hereby is, settled and discontinued and dismissed with prejudice, without fees or costs to any of the aforesaid parties as against the other(s).


RD 11/12/19

**IT IS HEREBY STIPULATED AND AGREED** that this Court shall retain jurisdiction solely to enforce compliance with the terms of the Settlement Agreement entered into between the parties.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

[SIGNATURE PAGE FOLLOWS]

VIRGINIA & AMBINDER, LLP

By: /s/
Nicole Marimon, Esq.
*Attorneys for Plaintiffs*
40 Broad Street, 7th Floor
New York, NY 10004
Tel: (212) 943-9080

ROSEN LAW LLC

By: /s/
Gary Rosen, Esq.
*Attorneys for Defendant*
216 Lakeville Road
Great Neck, NY 11020
Tel: (516) 706-4981

Dated: New York, New York

November 6, 2019

SO ORDERED: s/ LDH
_____
HON. LASHANN DEARCY HALL,
U.S.D.J.